IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ENWERE, | No. C 09-1671 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| SAN MATEO MENTAL HEALTH CLINIC, *et al.*, | |
| Defendants. | |

By order filed May 1, 2009, the Court granted plaintiff's request to proceed *in forma pauperis*, and dismissed the complaint with leave to file an amended complaint by May 15, 2009. Plaintiff has not filed an amended complaint. Instead, on May 26, 2009, the Court received a letter from plaintiff requesting that the Court "grant leave to refile" because plaintiff "realizes she jumped too fast [and] she needs to finish one case before beginning another." Apparently, plaintiff wishes to conclude other pending litigation before proceeding with this case.

The Court grants plaintiff's request. This case is now being closed, by dismissing it without prejudice. If plaintiff wishes to proceed with the claims raised in the complaint, she may file a new complaint and a new application to proceed *in forma pauperis* (which lists this case, 09-1671 SI, and any other related cases, as "related cases").

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 11, 2009

SUSAN ILLSTON
United States District Judge